1
2
3
4                      UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6

United States District Court
Northern District of California

| | |
|---|---|
| 7 In the matter of the complaint of DOLPHIN SWIMMING AND BOATING CLUB, a non-profit corporation, for exoneration from, or limitation or liability,<br><br>8<br><br>9<br><br>          Plaintiff-in-limitation,<br><br>10<br><br>11<br><br>12 ROBERT GUY PELUSO,<br><br>13          Claimant,<br><br>14      v.<br><br>15 DOLPHIN SWIMMING AND BOATING CLUB; and JOHN GRUNSTAD,<br><br>16<br><br>17          Respondents. | Case No. 18-cv-02425-SI<br><br>**ORDER AMENDING DKT. NO. 40** |

18

19      The Court has received plaintiff's August 2, 2018 letter informing the Court that plaintiff

20 has already complied with the previous order directing issuance of monition. *See* Dkt. No. 18. In

21 light of that fact, the Court amends the August 2 Order to delete the requirement that plaintiff

22 publish notice.

23

24      **IT IS SO ORDERED**.

25

26 Dated: August 3, 2018                               _____

27                                   SUSAN ILLSTON
                                 United States District Judge

28