|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

DOLPHIN SWIMMING AND BOATING CLUB,

    Plaintiffs,

    v.

UNKNOWN CLAIMANTS,

    Defendants.

Case No. 18-cv-02425-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 30, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 26, 2019.

DESIGNATION OF EXPERTS: March 11, 2019; REBUTTAL: April 5, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 26, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 3, 2019;
    Opp. Due: May 17, 2019; Reply Due: May 24, 2019;
    and set for hearing no later than June 7, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: July 16, 2019 at 3:30 PM.

COURT TRIAL DATE: July 29, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in Court sponsored mediation in October 2018.
The underlying state court proceeding has been stayed.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:

_____
SUSAN ILLSTON
United States District Judge

2